


> The Court is in receipt of the endorsed correspondence. The conference scheduled for December 4, 2025, is ADJOURNED *sine die* due to the likely transfer to the district of South Carolina. The Clerk of Court is respectfully directed to terminate ECF No. 5.
>
> SO ORDERED.
>
> Dale E. Ho
> United States District Judge
> Dated: October 16, 2025
> New York, New York

**Thomas J. Herten**
*Member of New Jersey
and New York Bars*
therten@archerlaw.com
201-498-8502 Direct
201-342-6611 Direct Fax

Archer & Greiner, P.C.
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
201-342-6000 Main
201-342-6611 Fax
www.archerlaw.com

October 10, 2025

**VIA ECF**
Hon. Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall Courthouse Courtroom 905
United States Courthouse
46 Foley Square
New York, NY 10007-1312

    Re:    **Abernathy, et al. v. The 3M Company, et al.**
            **Case No. 1:25-cv-08280-DEH**
            **Request for Adjournment of initial Pre-trial Conference Date**

Dear Judge Ho:

    This firm represents Defendants Chemguard, Inc. and Tyco Fire Products, L.P., in the above-referenced matter, which was removed to the United States District Court for the Southern District of New York on October 6, 2025.

    Like other matters[1] before this Court, the Complaint in the instant matter raises the same issues against the same parties as are set forth in numerous matters which are in the multidistrict litigation captioned <u>In Re AFFF Products Liability Litigation</u> (MDL No. 2873), consolidated and assigned to the United States District Court for the District of South Carolina. Plaintiffs' counsel represents many governmental and private plaintiffs whose matters have already been transferred by the Judicial Panel on Multidistrict Litigation (JPML) to South Carolina. Counsel for Plaintiffs and the undersigned expect that the instant matter will also be transferred to The District of South Carolina no later than the first week of November 2025.

---

[1] Similar applications were submitted to the Honorable Colleen McMahon on May 6, 2025 in the *Iyad A. Zorba, et al. v. The 3M Company, et al.* (1:25-cv-03726) matter; to the Honorable Jeannette A. Vargas on April 14, 2025 in the *Sara Harmon, et al. v. The 3M Company, et al.* (1:25-cv-02861) matter; to the Honorable Andrew L. Carter, Jr. on April 11, 2025 in the *Jan Albert de Beer v. The 3M Company, et al.* (1:25-cv-02823) matter; to the Honorable Kenneth M. Karas on June 20, 2023 in the *Garden Homes Management Corporation v. The 3M Company, et al.* (7:23-cv-04900) matter; to the Honorable Cathy Siebel on May 1, 2023 in the *Rib Mountain Sanitary District v. The 3M Company, et al.* (7:23-cv-03569) matter and on April 24, 2023 in the *Association of Fire Districts of the State of New York, et al. v. The 3M Company, et al.* (7:23-cv-03329) matter; and to the Honorable Jennifer H. Rearden on April 6, 2023 in the *Cox, et al. v. The 3M Company, et al.* (1:23-cv-02724) matter.

Hon. Dale E. Ho, U.S.D.J.
October 10, 2025
Page 2

      Following the established protocol employed in the MDL matters, our National Counsel, Williams & Connolly, LLP, will shortly be filing with the JPML a notice of potential tagalong litigation concerning the above-captioned matter. Since Plaintiffs' counsel does not interpose an objection to the process, it is expected that the matter now assigned to this Honorable Court will be transferred to the MDL once a short-established objection period ends.

      In that regard, and with the consent of Plaintiff's counsel, the undersigned writes on behalf of all parties to advise the court that it is almost certain that the Court's Order of October 8,2025 setting an Initial Pre-Trial Conference and requiring notice and submission of proof of service will be mooted by virtue of a Final Order from the JPML transferring the matter now before this Honorable Court to the District of South Carolina.

      The parties consistently agree to extend Defendants' time to answer in accordance with the AFFF MDL protocol upon the transfer of this action or, in the unlikely event that the JPML declines to transfer this action, extend Defendants' time to answer, move, or otherwise respond to the Complaint by twenty-eight days after such decision. (Such an event has never occurred with respect to AFFF matters removed to the Southern District of New York). This protocol requested has previously been approved and So Ordered by other Honorable Judges sitting in the Southern District of New York and elsewhere.

      In that regard and on behalf of all parties the undersigned respectfully request that the Initial Pre-Trial Conference set for December 4, 2025 be adjourned without date pending the decision of the JPML. In addition to the normal process by which the JPML notifies the Clerk of the Court upon an Order of Transfer, the undersigned will notify the Court directly of the decision of the JPML through ECF by providing it with the Transfer Order as confirmation that the above-referenced mater will be removed from its docket.

      If the Court has any questions, please have a member of your staff reach out to me at therten@archerlaw.com or on my direct line (201) 498-8502.

      We thank the Court for its consideration of this request.

                                  Respectfully submitted,

                                  THOMAS J. HERTEN

TJH:jjl

cc:    Paul J. Napoli, Esq. – VIA ECF
        Andrew W. Croner, Esq. – VIA ECF
        Nicholas Mindicino, Esq. – VIA ECF
        Patrick J. Lanciotti, Esq. – VIA ECF
        Robert J. Shaughnessy, Esq. – VIA E-MAIL
        Andrew F. Bain, Esq-VIA E-MAIL

231145475 v1